**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                        Case No. _____

Kindelan, Alex & Kindelan-Arias, Carmen _____ Chapter **7**_____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,500.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,500.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **See representation agreement**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **See representation agreement**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**March 19, 2013**_____          _____ **/s/ Robert J. Skowronski** _____
                Date                              Robert J. Skowronski 6290776
                                                  The Law Offices Of Robert J. Skowronski
                                                  6160 N. Cicero Ave, Ste 232
                                                  Chicago, IL  60646
                                                  (773) 283-1600  Fax: (773) 337-9840
                                                  Rbskowronski@gmail.com

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (11/12)                                                                                                Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $46 administrative fee: Total fee $1213)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                      Case No. _____

Kindelan, Alex & Kindelan-Arias, Carmen _____    Chapter **7** _____
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:    the Social Security number of the officer,
_____    principal, responsible person, or partner of
    the bankruptcy petition preparer.)
_____    (Required by 11 U.S.C. § 110.)
X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Kindelan, Alex & Kindelan-Arias, Carmen     X */s/ Alex  Kindelan*              3/19/2013
_____    Signature of Debtor                    Date
Printed Name(s) of Debtor(s)

Case No. (if known) _____    X */s/ Carmen  Kindelan-Arias*      3/19/2013
    Signature of Joint Debtor (if any)          Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**B1 (Official Form 1) (12/11)**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kindelan, Alex** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kindelan-Arias, Carmen** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Carmen Arias<br>Carmen Arias-Kindelan<br>Carmen Kindelan** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **8763** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **1146** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2540 W Gunnison St, 2nd Fl<br>Chicago, IL**<br>ZIPCODE **60625** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2540 W Gunnison St, 2nd Fl<br>Chicago, IL**<br>ZIPCODE **60625** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Main Proceeding<br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding |
| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer   ☐ Debts are primarily<br>debts, defined in 11 U.S.C.     business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (12/11)                                        Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Kindelan, Alex & Kindelan-Arias, Carmen** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **/s/ Robert J. Skowronski**   **3/19/13**<br>Signature of Attorney for Debtor(s)   Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kindelan, Alex & Kindelan-Arias, Carmen** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Alex  Kindelan*
_____
Signature of Debtor                                    **Alex  Kindelan**

X */s/ Carmen  Kindelan-Arias*
_____
Signature of Joint Debtor                      **Carmen Kindelan-Arias**

_____
Telephone Number (If not represented by attorney)
**March 19, 2013**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney***

X */s/ Robert J. Skowronski*
_____
Signature of Attorney for Debtor(s)

**Robert J. Skowronski 6290776**
**The Law Offices Of Robert J. Skowronski**
**6160 N. Cicero Ave, Ste 232**
**Chicago, IL  60646**
**(773) 283-1600  Fax: (773) 337-9840**
**Rbskowronski@gmail.com**

**March 19, 2013**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                          Case No. _____

**Kindelan, Alex** _____          Chapter **7** _____
                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **_/s/ Alex  Kindelan_** _____

Date: **March 19, 2013** _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                                         Case No. _____

**Kindelan-Arias, Carmen**                                                              Chapter **7** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Carmen  Kindelan-Arias** _____

Date: **March 19, 2013** _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Kindelan, Alex & Kindelan-Arias, Carmen _____    Chapter **7** _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 22,067.24 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 1,419.30 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | $ 116,393.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 5,626.47 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 6,323.52 |
| TOTAL | | 44 | $ 22,067.24 | $ 117,812.52 | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                          Case No. _____

Kindelan, Alex & Kindelan-Arias, Carmen _____    Chapter **7** _____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 1,419.30 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 10,169.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **11,588.30** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 5,626.47 |
| Average Expenses (from Schedule J, Line 18) | $ | 6,323.52 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 7,408.46 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 1,419.30 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 116,393.22 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 116,393.22 |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen**                    Case No. _____
_____
Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07)**

**IN RE** **Kindelan, Alex & Kindelan-Arias, Carmen** _____ Case No. _____
<u>Debtor(s)</u>                                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand. In debtor's possession.** | J | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking/Savings account with First Financial Credit Union bank, account ending in 1826.** | J | 17.75 |
| | | **Debit account with EPIC Card.** | W | 32.65 |
| | | **Debit account with HR Block.** | W | 346.63 |
| | | **Savings account with Chase bank, account ending in 7561.** | W | 16.73 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Basic used household goods, furnishings, audio, video, electronic, and computer equipment. In debtor's possession.** | J | 750.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Basic used clothing. In debtor's possession.** | J | 300.00 |
| 7.  Furs and jewelry. | | **Basic used jewelry. In debtor's possession.** | J | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement account (401k/IRA). Debtor exepts 100% interest therein.** | W | 80.00 |
| | | **Retirement account (401k/IRA). Debtor exepts 100% interest therein.** | H | 6,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | | Child support arrearages. | W | 12,269.48 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Volvo S40 automobile with approximately 160,000 miles and in poor to fair condition. In debtor's possession. | W | 2,134.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen**                                    Case No. _____
                                              Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | **22,067.24** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen**                                          Case No. _____
                                    Debtor(s)                                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand. In debtor's possession.** | **735 ILCS 5 §12-1001(b)** | **20.00** | 20.00 |
| **Checking/Savings account with First Financial Credit Union bank, account ending in 1826.** | **735 ILCS 5 §12-1001(b)** | **25.00** | 17.75 |
| **Debit account with EPIC Card.** | **735 ILCS 5 §12-1001(b)** | **40.00** | 32.65 |
| **Debit account with HR Block.** | **735 ILCS 5 §12-1001(b)** | **360.00** | 346.63 |
| **Savings account with Chase bank, account ending in 7561.** | **735 ILCS 5 §12-1001(b)** | **25.00** | 16.73 |
| **Basic used household goods, furnishings, audio, video, electronic, and computer equipment. In debtor's possession.** | **735 ILCS 5 §12-1001(b)** | **750.00** | 750.00 |
| **Basic used clothing. In debtor's possession.** | **735 ILCS 5 §12-1001(a)** | **100% of FMV** | 300.00 |
| **Basic used jewelry. In debtor's possession.** | **735 ILCS 5 §12-1001(b)** | **100.00** | 100.00 |
| **Retirement account (401k/IRA). Debtor exepts 100% interest therein.** | **735 ILCS 5 §12-704** | **100% of FMV** | 80.00 |
| **Retirement account (401k/IRA). Debtor exepts 100% interest therein.** | **735 ILCS 5 §12-704** | **100% of FMV** | 6,000.00 |
| **Child support arrearages.** | **735 ILCS 5 §12-1001(g)(4)** | **100% of FMV** | 12,269.48 |
| **2000 Volvo S40 automobile with approximately 160,000 miles and in poor to fair condition. In debtor's possession.** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | 2,134.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE __Kindelan, Alex & Kindelan-Arias, Carmen__    Case No. _____
                        Debtor(s)                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen**                    Case No. _____

  Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed Schedules. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                Case No. _____
_____                                         (If known)
            Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7236**<br>**City Of Chicago**<br>**Department Of Finance**<br>**PO Box 88292**<br>**Chicago, IL  60680-1292** | | **H** | **2012 Parking violation** | | | | **60.00** | **60.00** | |
| ACCOUNT NO. **7699**<br>**City Of Evanston**<br>**2100 Ridge Ave**<br>**Evanston, IL  60201** | | **W** | **2008 Parking violation** | | | | **20.00** | **20.00** | |
| ACCOUNT NO.<br>**Professional Account Managment**<br>**PO Box 6100**<br>**Coeur D' Alene, ID  83816** | | | **Assignee or other notification for:**<br>**City Of Evanston** | | | | | | |
| ACCOUNT NO. **8763**<br>**US Department Of Treasury**<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346** | | **H** | **2010 Delinquent personal income taxes** | | | | **1,339.30** | **1,339.30** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | Subtotal (Totals of this page) | $ **1,419.30** | $ **1,419.30** | $ |
|---|---|---|---|---|---|
| | | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **1,419.30** | | |
| | | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **1,419.30** | $ |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen**                                        Case No. _____
_____                                                              (If known)
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4375**<br><br>**Account Receivables Collections**<br>**PO Box 42220, Dept B**<br>**Cincinnati, OH  45242** | | H | **2007 Collection account for Van Gogh School Photography** | | | | **38.00** |
| ACCOUNT NO. **6142**<br><br>**Advocate Illinois Masonic Medical Center**<br>**22393 Network Place**<br>**Chicago, IL  60673-1223** | | W | **2011 Medical bill** | | | | **590.00** |
| ACCOUNT NO.<br><br>**Harris & Harris**<br>**222 Merchandise Mart Plaza, Ste 1900**<br>**Chicago, IL  60654** | | | **Assignee or other notification for:**<br>**Advocate Illinois Masonic Medical Center** | | | | |
| ACCOUNT NO. **9385**<br><br>**AFNI**<br>**PO Box 3427**<br>**Bloomington, IL  61702-3427** | | W | **2008 Collection account for Cingular** | | | | **344.00** |

**28** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $ **972.00** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                        Case No. _____
_____                                              (If known)
           Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Allan Peterson PSY<br>Lydia Home Association<br>4300 W Irving Park Road<br>Chicago, IL  60641 | | W | 2009 Medical bill | | | | 145.00 |
| ACCOUNT NO. 3877<br><br>Anderson Financial<br>PO Box 3097<br>Bloomington, IL  61702-3097 | | H | 05/2012 Collection account for ATT | | | | 475.00 |
| ACCOUNT NO.<br><br>AFNI<br>PO Box 3517<br>Bloomington, IL  61702-3517 | | | Assignee or other notification for:<br>Anderson Financial | | | | |
| ACCOUNT NO.<br><br>ATT<br>PO Box 8100<br>Aurora, IL  60507-8100 | | | Assignee or other notification for:<br>Anderson Financial | | | | |
| ACCOUNT NO.<br><br>CBCS<br>PO Box 163250<br>Columbus, OH  43216 | | | Assignee or other notification for:<br>Anderson Financial | | | | |
| ACCOUNT NO.<br><br>Enhanced Recovery Company LLC<br>8014 Bayberry Road<br>Jacksonville, FL  32256-7412 | | | Assignee or other notification for:<br>Anderson Financial | | | | |
| ACCOUNT NO.<br><br>EOS CCA<br>PO Box 556<br>Norwell, MA  02061-0556 | | | Assignee or other notification for:<br>Anderson Financial | | | | |

Sheet no. __1__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **620.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                    Case No. _____
                  Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**EOS Group**<br>**700 Longwater Drive**<br>**Norwell, MA 02061** | | | **Assignee or other notification for:**<br>**Anderson Financial** | | | | |
| ACCOUNT NO.<br>**Franklin Collection Service**<br>**Po Box 3910**<br>**Tupelo, MS 38803-3910** | | | **Assignee or other notification for:**<br>**Anderson Financial** | | | | |
| ACCOUNT NO. **0267**<br>**Armor Systems Corporation**<br>**1700 Kiefer Dr, Ste 1**<br>**Zion, IL 60099-5105** | | H | **2010 - 2011 Collection account for Swedish Covenant Hospital** | | | | **4,286.00** |
| ACCOUNT NO.<br>**Armor Systems Corporation**<br>**2322 N Green Bay Road**<br>**Waukeegan, IL 60087** | | | **Assignee or other notification for:**<br>**Armor Systems Corporation** | | | | |
| ACCOUNT NO.<br>**Merchants Credit Adjusters Inc**<br>**17055 Frances St, Ste 100**<br>**Omaha, NE 68130-4655** | | | **Assignee or other notification for:**<br>**Armor Systems Corporation** | | | | |
| ACCOUNT NO.<br>**Swedish Covenant Hospital**<br>**3732 Pay Sphere Circle**<br>**Chicago, IL 60674-0037** | | | **Assignee or other notification for:**<br>**Armor Systems Corporation** | | | | |
| ACCOUNT NO. **4068**<br>**Arrow Financial Services**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | | W | **2010 Collection account for Premier Bankcard** | | | | **407.00** |

Sheet no. **2** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $ **4,693.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE  Kindelan, Alex & Kindelan-Arias, Carmen                                    Case No. _____
_____
                    Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Capital Management Services**<br>**726 Exchange Street, Ste 700**<br>**Buffalo, NY  14210** | | | **Assignee or other notification for:**<br>**Arrow Financial Services** | | | | |
| ACCOUNT NO.<br><br>**Firstsource Advantage**<br>**PO Box 628**<br>**Buffalo, NY  14240-0628** | | | **Assignee or other notification for:**<br>**Arrow Financial Services** | | | | |
| ACCOUNT NO.<br><br>**Monarch Recovery Management**<br>**PO Box 21089**<br>**Philadelphia, PA  19114-0589** | | | **Assignee or other notification for:**<br>**Arrow Financial Services** | | | | |
| ACCOUNT NO. **9066**<br><br>**Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI  48090-2036** | | W | **2011 Collection account** | | | | **711.00** |
| ACCOUNT NO.<br><br>**Allied Interstate**<br>**3000 Corporate Exchange Dr, 5th Floor**<br>**Columbus, OH  43231** | | | **Assignee or other notification for:**<br>**Asset Acceptance LLC** | | | | |
| ACCOUNT NO.<br><br>**Monarch Recovery Management**<br>**10965 Decatur Road**<br>**Philadelphia, PA  19154** | | | **Assignee or other notification for:**<br>**Asset Acceptance LLC** | | | | |
| ACCOUNT NO. **7257**<br><br>**Blockbuster**<br>**PO Box 9027**<br>**Williamsville, NY  14231-9027** | | J | **2009 Delinquent bill** | | | | **215.00** |

Sheet no. ___**3**___ of ___**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **926.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Kindelan, Alex & Kindelan-Arias, Carmen</u>                    Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**National Action Financial Services**<br>**PO Box 9027**<br>**Williamsville, NY  14231-9027** | | | **Assignee or other notification for:**<br>**Blockbuster** | | | | |
| ACCOUNT NO. **0412**<br>**CDN Surgical Associates**<br>**PO Box 597995**<br>**Chicago, IL  60659** | | J | **Medical bill** | | | | **50.00** |
| ACCOUNT NO. **1106**<br>**Certified Services**<br>**1733 Washington Street, Ste 201**<br>**Waukegan, IL  60085** | | W | **10/2011 Collection account for Chicago Anesthesia Associates** | | | | **100.00** |
| ACCOUNT NO. **2407**<br>**Chase Bank**<br>**340 S Cleveland Ave, Bldg 370**<br>**Westerville, OH  43081** | | H | **2011 Delinquent bank fees** | | | | **103.00** |
| ACCOUNT NO.<br>**Capital Management Services**<br>**726 Exchange Street, Ste 700**<br>**Buffalo, NY  14210** | | | **Assignee or other notification for:**<br>**Chase Bank** | | | | |
| ACCOUNT NO.<br>**Firstsource Advantage**<br>**PO Box 628**<br>**Buffalo, NY  14240-0628** | | | **Assignee or other notification for:**<br>**Chase Bank** | | | | |
| ACCOUNT NO.<br>**Leading Edge Recovery**<br>**5440 N Cumberland Ave, Ste 300**<br>**Chicago, IL  60656-1490** | | | **Assignee or other notification for:**<br>**Chase Bank** | | | | |

Sheet no. __**4**__ of __**28**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $     **253.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                    Case No. _____
                            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5267** <br><br>**Check N Go**<br>**7101 North Ave**<br>**Oak Park, IL  60302** | | W | **2008 Payday/personal loan** | | | | **800.00** |
| ACCOUNT NO. <br><br>**AAM**<br>**330 Georgetown Square, Ste 104**<br>**Wood Dale, IL  60191** | | | **Assignee or other notification for:**<br>**Check N Go** | | | | |
| ACCOUNT NO. <br><br>**Absolute Resolutions Corp**<br>**PO Box 880306**<br>**San Diego, CA  92168-0306** | | | **Assignee or other notification for:**<br>**Check N Go** | | | | |
| ACCOUNT NO. <br><br>**CCB Credit Services**<br>**PO Box 272**<br>**Springfield, IL  62705-0272** | | | **Assignee or other notification for:**<br>**Check N Go** | | | | |
| ACCOUNT NO. <br><br>**National Credit Adjusters**<br>**PO Box 3023**<br>**Hutchinson, KS  67504-3023** | | | **Assignee or other notification for:**<br>**Check N Go** | | | | |
| ACCOUNT NO. **0252** <br><br>**Chest Medicine Consultants**<br>**2800 N Sheridan Road, Ste 301**<br>**Chicago, IL  60657** | | H | **2011 Medical bill** | | | | **37.00** |
| ACCOUNT NO. **2415** <br><br>**Chicago Anesthesia Associates**<br>**2334 Momentum Place**<br>**Chicago, IL  60689** | | W | **2011 Medical bill** | | | | **100.00** |

Sheet no. **5** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **937.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                              Case No. _____
_____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Certified Services**<br>**PO Box 177**<br>**Waukeegan, IL  60079** | | | Assignee or other notification for:<br>**Chicago Anesthesia Associates** | | | | |
| ACCOUNT NO. **9465**<br>**Chicago Eye Institute**<br>**3982 N Milwaukee Ave**<br>**Chicago, IL  60641** | | W | **2013 Medical bill** | | | | **50.00** |
| ACCOUNT NO. **2053**<br>**Chicago Imaging Assoc LLC**<br>**36515 Treasury Center**<br>**Chicago, IL  60694-6500** | | W | **2012 Medical bill** | | | | **16.00** |
| ACCOUNT NO.<br>**Chicago Imaging Assoc LLC**<br>**PO Box 371863**<br>**Pittsburgh, PA  15250-7863** | | | Assignee or other notification for:<br>**Chicago Imaging Assoc LLC** | | | | |
| ACCOUNT NO.<br>**Merchants Credit Guide**<br>**223 W Jackson Blvd, Ste 410**<br>**Chicago, IL  60606** | | | Assignee or other notification for:<br>**Chicago Imaging Assoc LLC** | | | | |
| ACCOUNT NO. **5442**<br>**Childrens Healthcare Ass**<br>**2835 N Sheffield, Ste 501**<br>**Chicago, IL  60657** | | W | **Medical bill** | | | | **1,119.00** |
| ACCOUNT NO.<br>**Richard J Kaplow**<br>**808 Rockefeller Building**<br>**Cleveland, OH  44113** | | | Assignee or other notification for:<br>**Childrens Healthcare Ass** | | | | |

Sheet no. __**6**__ of __**28**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                      $  **1,185.00**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen**                    Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0614**<br>**Childrens Memorial Hospital**<br>**75 Remittance Drive**<br>**Chicago, IL  60675-2611** | | W | **Medical bill** | | | | **1,108.00** |
| ACCOUNT NO.<br>**Childrens Memorial Hospital**<br>**PO Box 4066**<br>**Carol Stream, IL  60197-4066** | | | **Assignee or other notification for:**<br>**Childrens Memorial Hospital** | | | | |
| ACCOUNT NO.<br>**Medical Recovery Specialists**<br>**2250 E Devon Ave, Ste 352**<br>**Des Plaines, IL  60018-4521** | | | **Assignee or other notification for:**<br>**Childrens Memorial Hospital** | | | | |
| ACCOUNT NO.<br>**Van Ru Credit Corporation**<br>**1350 E Toughy Ave, Ste 100e**<br>**Des Plaines, IL  60018** | | | **Assignee or other notification for:**<br>**Childrens Memorial Hospital** | | | | |
| ACCOUNT NO. **5050**<br>**Com Ed**<br>**Atty Bkcy Group-Claims Dept**<br>**3 Lincoln Center**<br>**Oakbrook Terrace, IL  60181** | | W | **2012 Delinquent utility bill** | | | | **20.00** |
| ACCOUNT NO.<br>**Contract Callers**<br>**1058 Claussen Road, Ste 110**<br>**Augusta, GA  30907-0301** | | | **Assignee or other notification for:**<br>**Com Ed** | | | | |
| ACCOUNT NO.<br>**Torres Credit Services Inc**<br>**PO Box 189**<br>**Carlisle, PA  17015-3121** | | | **Assignee or other notification for:**<br>**Com Ed** | | | | |

Sheet no. _____**7**___ of ___**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   **1,128.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                          Case No. _____
_____                                              (If known)
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1250** <br> **Comcast** <br> **PO Box 3002** <br> **Southeastern, PA  19398-3002** | | H | **Delinquent utility bill** | | | | **1,246.00** |
| ACCOUNT NO. <br> **Credit Protection Association** <br> **PO Box 802068** <br> **Dallas, TX  75380-2068** | | | **Assignee or other notification for: Comcast** | | | | |
| ACCOUNT NO. <br> **Friedman & Wexler LLC** <br> **500 W Madison St, Ste 2910** <br> **Chicago, IL  60661** | | | **Assignee or other notification for: Comcast** | | | | |
| ACCOUNT NO. **2834** <br> **Computer Collection Cor** <br> **5340 N Clark St** <br> **Chicago, IL  60640** | | W | **Collection account for MRI Lincoln Imaging Ctr** | | | | **55.00** |
| ACCOUNT NO. **7968** <br> **Consultant Radiologists Of Evanston** <br> **PO Box 9436, Dept 77-9436** <br> **Chicago, IL  60678-9436** | | H | **2007 Medical bill** | | | | **14.00** |
| ACCOUNT NO. **1822** <br> **Diagnostic Radiology Specialist** <br> **Department 4062** <br> **Carol Stream, IL  60122-4062** | | J | **2010 - 2011 Medical bill** | | | | **1,151.00** |
| ACCOUNT NO. <br> **Dependon Collection Service** <br> **PO Box 4833** <br> **Oak Brook, IL  60522** | | | **Assignee or other notification for: Diagnostic Radiology Specialist** | | | | |

Sheet no. **8** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,466.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                          Case No. _____
_____
              Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2008**<br>**Direct TV**<br>**PO Box 3427**<br>**Bloomington, IL  61702-3427** | | W | **2012 Delinquent utility bill** | | | | **338.00** |
| ACCOUNT NO.<br>**AFNI**<br>**PO Box 3427**<br>**Bloomington, IL  61702-3427** | | | **Assignee or other notification for:**<br>**Direct TV** | | | | |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | | **Assignee or other notification for:**<br>**Direct TV** | | | | |
| ACCOUNT NO. **0531**<br>**Dish Network**<br>**Dept 0063**<br>**Palatine, IL  60055-0063** | | W | **2012 Delinquent utility bill** | | | | **334.00** |
| ACCOUNT NO.<br>**Allied Interstate**<br>**3000 Corporate Exchange Dr, 5th Floor**<br>**Columbus, OH  43231** | | | **Assignee or other notification for:**<br>**Dish Network** | | | | |
| ACCOUNT NO.<br>**CBE Group**<br>**131 Tower Park Dr, Ste 100**<br>**Waterloo, IA  50701** | | | **Assignee or other notification for:**<br>**Dish Network** | | | | |
| ACCOUNT NO.<br>**GC Services**<br>**PO Box 663**<br>**Elgin, IL  60121** | | | **Assignee or other notification for:**<br>**Dish Network** | | | | |

Sheet no. ___**9**___ of ___**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **672.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                    Case No. _____
_____
              Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7679**<br>**Diversified Emergency Services**<br>**PO Box 5940**<br>**Carol Strem, IL  60197** | | W | **2008 Medical bill** | | | | **55.00** |
| ACCOUNT NO. **7105**<br>**Division Anesthesia Group**<br>**520 E 22nd St**<br>**Lombard, IL  60148** | | H | **2009 Medical bill** | | | | **94.00** |
| ACCOUNT NO. **136**<br>**Doctors For Visual Freedom**<br>**5501 W 79th Street, Ste 400**<br>**Burbank, IL  60459-2190** | | H | **2011 Medical bill** | | | | **136.00** |
| ACCOUNT NO. **9263**<br>**Emil Totonchi MD**<br>**PO Box 798**<br>**Park Ridge, IL  60068-0798** | | W | **2012 Medical bill** | | | | **48.00** |
| ACCOUNT NO. **9564**<br>**ER Associates**<br>**PO Box 5988 Dept 5038**<br>**Carol Stream, IL  60197-5988** | | W | **2009 Medical bill** | | | | **8.00** |
| ACCOUNT NO. **6FDO**<br>**Federal Loan Servicing**<br>**PO Box 69184**<br>**Harrisburg, PA  17106** | | H | **2010 Student loan** | | | | **10,169.00** |
| ACCOUNT NO. **1263**<br>**FFCC Columbus Inc**<br>**PO Box 20790**<br>**Columbus, OH  43220** | | W | **04/2011 Collection account for Family Health Associates** | | | | **348.00** |

Sheet no. ___**10**___ of ___**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **10,858.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                    Case No. _____
_____
        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6370** <br> **FFCC Columbus Inc** <br> **PO Box 20790** <br> **Columbus, OH  43220** | | W | **06/2007 Collection account for Healthcare Associates** | | | | **1,119.00** |
| ACCOUNT NO. **8713** <br> **First Financial Credit Union** <br> **2942 W Peterson Ave** <br> **Chicago, IL  60659** | | W | **2007 Judgment** | | | | **5,900.00** |
| ACCOUNT NO. <br> **Account Receivables Collections** <br> **PO Box 42220, Dept B** <br> **Cincinnati, OH  45242** | | | **Assignee or other notification for: First Financial Credit Union** | | | | |
| ACCOUNT NO. <br> **First Financial Credit Union** <br> **5550 W Touhy Ave, Ste 102** <br> **Skokie, IL  60077** | | | **Assignee or other notification for: First Financial Credit Union** | | | | |
| ACCOUNT NO. <br> **Jay K. Levy & Associates** <br> **155 Revere Drive, Ste 2** <br> **Northbrook, IL  60062** | | | **Assignee or other notification for: First Financial Credit Union** | | | | |
| ACCOUNT NO. <br> **Law Offices Of Kathleen Baruauski** <br> **155 Revere Drive, S** <br> **Northbrook, IL  60062** | | | **Assignee or other notification for: First Financial Credit Union** | | | | |
| ACCOUNT NO. **4224** <br> **First National Bank Omaha** <br> **PO Box 2557** <br> **Omaha, NE  68103-2557** | | J | **2000 Judgment on credit card** | | | | **420.00** |

Sheet no. __11__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **7,439.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                Case No. _____
           Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Baker & Miller**<br>**29 N Wacker Drive, Ste 500**<br>**Chicago, IL  60606-2854** | | | **Assignee or other notification for:**<br>**First National Bank Omaha** | | | | |
| ACCOUNT NO.<br>**Chase Cardmember Services**<br>**PO Box 15153**<br>**Wilmington, DE  19886-5153** | | | **Assignee or other notification for:**<br>**First National Bank Omaha** | | | | |
| ACCOUNT NO. **3207**<br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD  57107** | | W | **10/2009 - 01/2010 Credit card bill** | | | | **384.00** |
| ACCOUNT NO. **9352**<br>**Genesis Financial Solutions**<br>**2540 Gunnison St**<br>**Chicago, IL  60625-2814** | | W | **2012 Collection account for First Premier Bank** | | | | **384.00** |
| ACCOUNT NO.<br>**FIrst Premier Bank Payment Address**<br>**PO Box 5147**<br>**Sioux Falls, SD  57117-5147** | | | **Assignee or other notification for:**<br>**Genesis Financial Solutions** | | | | |
| ACCOUNT NO.<br>**Receivable Performance**<br>**20816 44th Ave W**<br>**Lynnwood, WA  98036** | | | **Assignee or other notification for:**<br>**Genesis Financial Solutions** | | | | |
| ACCOUNT NO. **3890**<br>**Glamor Credit & Collection Dept**<br>**PO Box 37653**<br>**Boone, IA  50037-0653** | | W | **2011 Maganize subscription fee** | | | | **10.00** |

Sheet no. __12__ of __28__ continuation sheets attached to                           Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                      (Total of this page) $    **778.00**

                                                                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                   Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lucky** <br> **PO Box 37648** <br> **Boone, IA 50037-0648** | | | **Assignee or other notification for:** <br> **Glamor Credit & Collection Dept** | | | | |
| ACCOUNT NO. **0082** <br> **Grant & Weber** <br> **861 Coronado Center Dr, 211** <br> **Henderson, NY 89052** | | W | **05/2012 Collection account for St Mary's Elizabeth Med Center** | | | | **717.00** |
| ACCOUNT NO. <br> **Saint Mary and Elizabeth Medical Center** <br> **1117 Paysphere Circle** <br> **Chicago, IL 60674** | | | **Assignee or other notification for:** <br> **Grant & Weber** | | | | |
| ACCOUNT NO. **1806** <br> **Harris & Harris** <br> **222 Merchandise Mart Plaza, Ste 1900** <br> **Chicago, IL 60654** | | W | **10/2011 Collection account for Advacate IL Masonic Med Center** | | | | **1,795.00** |
| ACCOUNT NO. **7063** <br> **Hispanic Housing Development Corp** <br> **1402 N Kedzie** <br> **Chicago, IL 60651** | | W | **2011 Delinequent fees/rent** | | | | **5,280.00** |
| ACCOUNT NO. **4418** <br> **HSBC Auto Finance** <br> **PO Box 17548** <br> **Baltimore, MD 21129-7154** | | H | **2010 Auto loan for previously repossed vehicle** | | | | **23,990.00** |
| ACCOUNT NO. **6011** <br> **IC Systems Inc** <br> **PO Box 64378** <br> **Saint Paul, MN 55164-0378** | | H | **05/2011 Collection account for People's Gas** | | | | **1,380.00** |

Sheet no. __13__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **33,162.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen _____ Case No. _____
                     Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**IC System**<br>**444 Highway 96 East**<br>**St. Paul, MN  55127-2557** | | | **Assignee or other notification for:**<br>**IC Systems Inc** | | | | |
| ACCOUNT NO.<br><br>**Peoples Gas**<br>**Chicago, IL  60687-0001** | | | **Assignee or other notification for:**<br>**IC Systems Inc** | | | | |
| ACCOUNT NO. **4931**<br><br>**ICS**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | W | **2011 Collection account for United Shockwave Services LTD** | | | | **1,000.00** |
| ACCOUNT NO. **7813**<br><br>**In Smyle Dental**<br>**3514 N Lincoln Ave**<br>**Chicago, IL  60657** | | H | **2011 Medical bill** | | | | **70.00** |
| ACCOUNT NO.<br><br>**Irving Park Dentistry**<br>**1933 W Irving Park Rd**<br>**Chicago, IL  60613** | | W | **2011 Medical bill** | | | | **126.00** |
| ACCOUNT NO. **1975**<br><br>**JP Morgan Chase Bank**<br>**PO Box 659754**<br>**San Antonio, TX  78265-9754** | | W | **2010 Delinqeunt bank fees** | | | | **393.00** |
| ACCOUNT NO.<br><br>**Convergent Outsourcing Payment Address**<br>**PO Box 9004**<br>**Renton, WA  98057-9004** | | | **Assignee or other notification for:**<br>**JP Morgan Chase Bank** | | | | |

Sheet no. **14** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **1,589.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                          Case No. _____
_____                                   (If known)
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5169** <br> **Law Offices Of Chicago-Kent IIT** <br> **565 W Adams St, Ste 600** <br> **Chicago, IL  60661** | | J | **2007-2008 Legal bill re paternity matter** | | | | **2,990.00** |
| ACCOUNT NO. **2916** <br> **LVNV Funding LLC** <br> **625 Pilot Road, Ste 2** <br> **Las Vegas, NV  89119** | | H | **Collection account for MCI communications** | | | | **430.00** |
| ACCOUNT NO. <br> **LVNV Funding** <br> **C/O CT Corporate Systems** <br> **208 S LaSalle St, Ste 814** <br> **Chicago, IL  60604** | | | **Assignee or other notification for: LVNV Funding LLC** | | | | |
| ACCOUNT NO. **6037** <br> **Merit Sleep Technology** <br> **1300 South Main Street** <br> **Lombard, IL  60148-4526** | | H | **2011 Medical bill** | | | | **299.00** |
| ACCOUNT NO. **0893** <br> **Midland Credit Management Inc** <br> **8875 Aero Dr, Ste 200** <br> **San Diego, CA  92123** | | H | **Balance on 2009 collection acocunt judgment** | | | | **1,000.00** |
| ACCOUNT NO. <br> **Blatt, Hasenmiller, Leibsker & Moore** <br> **125 S Wacker Drive, Ste 400** <br> **Chicago, IL  60606** | | | **Assignee or other notification for: Midland Credit Management Inc** | | | | |
| ACCOUNT NO. <br> **Midland Credit Managment Inc** <br> **PO Box 60578** <br> **Los Angeles, CA  90060-0578** | | | **Assignee or other notification for: Midland Credit Management Inc** | | | | |

Sheet no. **15** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **4,719.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen

Case No. _____

Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1652**<br>**Minuteclinic Of Illinois**<br>**PO Box 8466**<br>**BeLfAst, ME  04915** | | H | **2012 Medical bill** | | | | **35.00** |
| ACCOUNT NO.<br>**Transworld Systems**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | | **Assignee or other notification for:**<br>**Minuteclinic Of Illinois** | | | | |
| ACCOUNT NO. **9730**<br>**MRI Lincoln Imaging Center**<br>**PO BOx 2947**<br>**Carol Stream, IL  60132** | | W | **Medical bill** | | | | **43.00** |
| ACCOUNT NO. **8AAA**<br>**Northshore Laboratory Services**<br>**9851 Eagle Way**<br>**Chicago, IL  60678** | | W | **2012 Medical bill** | | | | **118.00** |
| ACCOUNT NO.<br>**Transworld Systems**<br>**2235 Mercury Way, Ste 275**<br>**Santa Rosa, CA  95407** | | | **Assignee or other notification for:**<br>**Northshore Laboratory Services** | | | | |
| ACCOUNT NO. **8456**<br>**Northshore University Health System**<br>**9532 Eagle Way**<br>**Chicago, IL  60678** | | J | **2009 Medical bill** | | | | **213.00** |
| ACCOUNT NO.<br>**Pinnacle Credit Services**<br>**514 Market Loop, Ste 103**<br>**West Dundee, IL  60118** | | | **Assignee or other notification for:**<br>**Northshore University Health System** | | | | |

Sheet no. **16** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **409.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                    Case No. _____
_____
              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Van Ru Credit Corporation** <br> **PO Box 1612** <br> **Des Plaines, IL  60017** | | | Assignee or other notification for: <br> Northshore University Health System | | | | |
| ACCOUNT NO. <br> **Van Ru Credit Corporation** <br> **PO Box 1018** <br> **Park Ridge, IL  60068-7018** | | | Assignee or other notification for: <br> Northshore University Health System | | | | |
| ACCOUNT NO. **L000** <br> **Northside Suburban Pediatrics** <br> **4801 W Peterson Ave, 506** <br> **Chicago, IL  60646-5795** | | H | Delinquent medical bill | | | | 623.00 |
| ACCOUNT NO. <br> **Nylon Mag** <br> **PO Box 5795** <br> **Harlan, IA  51593-1295** | | W | Delinquent magazine bill | | | | 20.00 |
| ACCOUNT NO. **4568** <br> **Payliance** <br> **3 Eastern Oval, Ste 210** <br> **Columbus, OH  43219-6011** | | H | 05/2008 Collection account for Costco | | | | 164.00 |
| ACCOUNT NO. <br> **Costco Mailing Address** <br> **PO Box 34331** <br> **Seattle, WA  98124** | | | Assignee or other notification for: <br> Payliance | | | | |
| ACCOUNT NO. **0568** <br> **Pediatric Faculty Foundation** <br> **PO Box 2787** <br> **Springfield, IL  62708-2787** | | W | 2008 Medical bill | | | | 120.00 |

Sheet no. __17__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 927.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen _____ Case No. _____
                        Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ICS** <br> **PO Box 1010** <br> **Tinley Park, IL  60477-9110** | | | Assignee or other notification for: <br> **Pediatric Faculty Foundation** | | | | |
| ACCOUNT NO. **4179** <br> **Peoples Energy** <br> **130 E Randolph Dr, 17th Floor** <br> **Chicago, IL  60601** | | W | **10/2005 Delinquent utility bill** | | | | 184.00 |
| ACCOUNT NO. **0940** <br> **Peoples Gas** <br> **Chicago, IL  60687-0001** | | W | **2012 Delinquent utility bill** | | | | 312.00 |
| ACCOUNT NO. **2919** <br> **Peterson Urgent Care Center** <br> **4250 N Marine Dr, Ste 236** <br> **Chicago, IL  60613-1792** | | W | **2012 Medical bill** | | | | 35.00 |
| ACCOUNT NO. <br> **Transworld Systems** <br> **2235 Mercury Way, Ste 275** <br> **Santa Rosa, CA  95407** | | | Assignee or other notification for: <br> **Peterson Urgent Care Center** | | | | |
| ACCOUNT NO. **0013** <br> **PFF Emergency Services** <br> **PO Box 428189** <br> **Evergreen Park, IL  06805** | | W | **Medical bill** | | | | 19.00 |
| ACCOUNT NO. **4649** <br> **PFG Of Minnesota** <br> **7825 Washington Ave S Ste 310** <br> **Minneapolis, MN  55439-2409** | | H | **Collection account for AMS** | | | | 70.00 |

Sheet no. **18** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 620.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen _____ Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **STIN** <br><br>**Phoenix Medical Ass**<br>**621 Plainfield Rd, Ste 406**<br>**Willowbrook, IL  60527-5391** | | W | **Medical bill** | | | | **305.00** |
| ACCOUNT NO. **1819** <br><br>**Pinnacle Credit Services**<br>**7900 Highway 7, Ste 100**<br>**Minneapolis, MN  55425** | | H | **2009 Collection account for Capital One** | | | | **2,678.00** |
| ACCOUNT NO. <br><br>**Northland Group**<br>**PO Box 390846**<br>**Minneapolis, MN  55439** | | | **Assignee or other notification for:**<br>**Pinnacle Credit Services** | | | | |
| ACCOUNT NO. <br><br>**Pinnacle Credit Services LLC**<br>**CO National Registered Agents Inc**<br>**200 W Adams Street**<br>**Chicago, IL  60606** | | | **Assignee or other notification for:**<br>**Pinnacle Credit Services** | | | | |
| ACCOUNT NO. <br><br>**Prasna S Nair MD**<br>**5140 N California Ave, Ste 540**<br>**Chicago, IL  60625-3660** | | J | | | | | **0.00** |
| ACCOUNT NO. **5582** <br><br>**Quest Diagnostics**<br>**PO Box 64804**<br>**Baltimore, MD  21264-4804** | | J | **2009 - 2011 Medical bills** | | | | **163.00** |
| ACCOUNT NO. <br><br>**American Medical Collection Agency**<br>**PO Box 1235**<br>**Elmsford, NY  10523-0935** | | | **Assignee or other notification for:**<br>**Quest Diagnostics** | | | | |

Sheet no. **19** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **3,146.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                    Case No. _____
_____                                (If known)
        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Invoice Audit Services <br> PO Box 559 <br> Moon Twp, PA 15108 | | | Assignee or other notification for: <br> Quest Diagnostics | | | | |
| ACCOUNT NO. <br> Quest Diagnostics <br> PO Box 809403 <br> Chicago, IL 60680-9403 | | | Assignee or other notification for: <br> Quest Diagnostics | | | | |
| ACCOUNT NO. <br> Ravenswood Hospital <br> Address Unknown | | H | Judgment on medical bills | | | | 618.00 |
| ACCOUNT NO. <br> Friedman Lawrence <br> 19 S LaSalle, 10th Fl <br> Chicago, IL 60603 | | | Assignee or other notification for: <br> Ravenswood Hospital | | | | |
| ACCOUNT NO. 6037 <br> RES Health Sleep Center Of Evanston <br> 1300 S Main Street <br> Lombard, IL 60148 | | H | 2012 Medical bill | | | | 174.00 |
| ACCOUNT NO. <br> Grabowski Law Center <br> 1400 E Lake Cook Road, Ste 110 <br> Buffalo Grove, IL 60089-8218 | | | Assignee or other notification for: <br> RES Health Sleep Center Of Evanston | | | | |
| ACCOUNT NO. 1145 <br> Rickenbacker Collections <br> 7568 Monterey Street <br> Gilroy, CA 95020-5826 | | W | Collection account for Hooked on Phonics | | | | 221.00 |

Sheet no. 20 of 28 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,013.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                              Case No. _____
_____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3590**<br><br>**RJM Acquisitions LLC**<br>**575 Underhill Blvd, Ste 224**<br>**Syosset, NY  11791-3416** | | H | **2012 Collection account for Target National Bank** | | | | **436.50** |
| ACCOUNT NO.<br><br>**Allianceone Receivables Management**<br>**PO Box 3102**<br>**Southeastern, PA  19398-3102** | | | **Assignee or other notification for:**<br>**RJM Acquisitions LLC** | | | | |
| ACCOUNT NO.<br><br>**ArS**<br>**PO Box 463023**<br>**Escondido, CA  92046-3023** | | | **Assignee or other notification for:**<br>**RJM Acquisitions LLC** | | | | |
| ACCOUNT NO.<br><br>**National Asset Recovery Services**<br>**PO Box 701**<br>**Chesterfield, MO  63006-0701** | | | **Assignee or other notification for:**<br>**RJM Acquisitions LLC** | | | | |
| ACCOUNT NO. **0370**<br><br>**Saint Francis Hospital**<br>**PO Box 220283**<br>**Chicago, IL  60622-0283** | | H | **2007 Medical bill** | | | | **488.00** |
| ACCOUNT NO. **8746**<br><br>**Saint Mary and Elizabeth Medical Center**<br>**1117 Paysphere Circle**<br>**Chicago, IL  60674** | | W | **2011 Medical bill** | | | | **844.00** |
| ACCOUNT NO.<br><br>**Grant & Weber**<br>**861 Coronado Center Dr, 211**<br>**Henderson, NY  89052** | | | **Assignee or other notification for:**<br>**Saint Mary and Elizabeth Medical Center** | | | | |

Sheet no. __21__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,768.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                          Case No. _____
_____
            Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ICS<br>PO Box 1010<br>Tinley Park, IL  60477-9110 | | | Assignee or other notification for:<br>Saint Mary and Elizabeth Medical Center | | | | |
| ACCOUNT NO.<br><br>Revenue Production Management<br>PO Box 830913<br>Birmingham, AL  35283-0913 | | | Assignee or other notification for:<br>Saint Mary and Elizabeth Medical Center | | | | |
| ACCOUNT NO. 9650xxx<br><br>Santander Consumer USA<br>PO Box 660633<br>Dallas, TX  75266-0633 | | H | 10/2007 Loan on vehicle repossessed in 2011 | | | | 9,933.00 |
| ACCOUNT NO.<br><br>Constart Financial Services<br>3561 W Bell Rd<br>Phoenix, AZ  85053-2965 | | | Assignee or other notification for:<br>Santander Consumer USA | | | | |
| ACCOUNT NO.<br><br>Santander Consumer USA<br>PO Box 105255<br>Atlanta, GA  30348-5255 | | | Assignee or other notification for:<br>Santander Consumer USA | | | | |
| ACCOUNT NO. 7811<br><br>Satendra K Humad MD<br>800 Austin West Tower, 208<br>Evanston, IL  60625 | | H | 2009 Medical bill | | | | 102.00 |
| ACCOUNT NO. 0132<br><br>SC Medical Group<br>3649 Paysphere Circle<br>Chicago, IL  60674 | | H | 2009 Medical bill | | | | 20.00 |

Sheet no. __22__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 10,055.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Kindelan, Alex & Kindelan-Arias, Carmen          Case No. _____
_____
Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4822**<br>**SCH Laboratory Physicians SC**<br>**PO Box 4353**<br>**Carol Stream, IL  60122-0001** | | H | **2010 -2011 Credit card bill** | | | | **12.00** |
| ACCOUNT NO. **8763**<br>**Sir Finance Corporation**<br>**6140 Lincoln Ave**<br>**Chicago, IL  60659** | | H | **02/2013 Personal loan** | | | | **1,748.00** |
| ACCOUNT NO. **SME1**<br>**SME Pathologists SC**<br>**PO Box 3133**<br>**Indianapolis, IN  46206-3133** | | W | **2008 Medical bill** | | | | **30.00** |
| ACCOUNT NO. **109**<br>**St Hillary Elementary School**<br>**5614 N Fairfield**<br>**Chicago, IL  60659** | | J | **Delinquent school fees** | | | | **210.00** |
| ACCOUNT NO. **45**<br>**Stellar Recovery Inc**<br>**1327 HWY 2, W, Ste 100**<br>**Kalispell, MT  59901** | | H | **12/2011 Collection account for T-Mobile** | | | | **458.00** |
| ACCOUNT NO.<br>**Amsher Collection Services**<br>**600 Beacon Pkwy W, Ste 300**<br>**Birmingham, AL  35209** | | | **Assignee or other notification for:**<br>**Stellar Recovery Inc** | | | | |
| ACCOUNT NO.<br>**Credit Managment Control**<br>**PO Box 1408**<br>**Racine, WI  53401-1408** | | | **Assignee or other notification for:**<br>**Stellar Recovery Inc** | | | | |

Sheet no. **23** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,458.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                           Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Enhanced Recovery Company LLC**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256-7412** | | | **Assignee or other notification for:**<br>**Stellar Recovery Inc** | | | | |
| ACCOUNT NO.<br><br>**Law Offices Of Mitchell N Kay**<br>**PO Box 2374**<br>**Chicago, IL 60690-2374** | | | **Assignee or other notification for:**<br>**Stellar Recovery Inc** | | | | |
| ACCOUNT NO.<br><br>**Stellar Recovery Inc**<br>**4500 Salisbury Road, Ste 105**<br>**Jacksonville, FL 32216** | | | **Assignee or other notification for:**<br>**Stellar Recovery Inc** | | | | |
| ACCOUNT NO.<br><br>**Stellar Recovery Inc**<br>**1845 HWY 93 South, Ste 310**<br>**Kalispell, MT 59901** | | | **Assignee or other notification for:**<br>**Stellar Recovery Inc** | | | | |
| ACCOUNT NO.<br><br>**T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45224** | | | **Assignee or other notification for:**<br>**Stellar Recovery Inc** | | | | |
| ACCOUNT NO. **6854**<br><br>**Swedish Covenant Hospital**<br>**3732 Pay Sphere Circle**<br>**Chicago, IL 60674-0037** | | J | **2010 - 2013 Medical bill** | | | | **1,907.00** |
| ACCOUNT NO.<br><br>**Armor Systems Corporation**<br>**1700 Kiefer Dr, Ste 1**<br>**Zion, IL 60099-5105** | | | **Assignee or other notification for:**<br>**Swedish Covenant Hospital** | | | | |

Sheet no. __24__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,907.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                                    Case No. _____
       _____
                 Debtor(s)                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Horizon Financial Management <br> 8585 S Broadway, Ste 880 <br> Merrillville, IN 46410-5661 | | | Assignee or other notification for: <br> Swedish Covenant Hospital | | | | |
| ACCOUNT NO. 5858 <br> Swedish Emergency Assoc PC <br> PO Box 5940 <br> Carol Stream, IL 60197-5940 | | H | 2011 Medical bill | | | | 203.00 |
| ACCOUNT NO. <br> Medical Business Bureau <br> PO Box 1219 <br> Park Ridge, IL 60068-7219 | | | Assignee or other notification for: <br> Swedish Emergency Assoc PC | | | | |
| ACCOUNT NO. 1315 <br> TCF National Bank <br> 800 Burr Ridge Parkway <br> Burr Ridge, IL 60527 | | J | 2009 Delinquent acct fees | | | | 162.00 |
| ACCOUNT NO. <br> Heller & Frisone Ltd <br> 33 N LaSalle Street, Ste 1200 <br> Chicago, IL 60602 | | | Assignee or other notification for: <br> TCF National Bank | | | | |
| ACCOUNT NO. <br> Professional Account Managment <br> PO Box 391 <br> Milwaukee, WI 53201-0391 | | | Assignee or other notification for: <br> TCF National Bank | | | | |
| ACCOUNT NO. 7317 <br> TRS Recovery Services <br> PO Box 60022 <br> City Of Industry, CA 91716-0022 | | H | 2010 Collection account for Sams Club | | | | 180.00 |

Sheet no. 25 of 28 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 545.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Kindelan, Alex & Kindelan-Arias, Carmen                    Case No. _____
_____                              (If known)
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1673**<br>**TRS Recovery Services<br>PO Box 60022<br>City Of Industry, CA  91716-0022** | | H | **2011 Collection account for Sears** | | | | **141.00** |
| ACCOUNT NO. **5967**<br>**TRS Recovery Services<br>PO Box 60022<br>City Of Industry, CA  91716-0022** | | H | **Collection account for LaSalle Bank** | | | | **86.00** |
| ACCOUNT NO. **1520**<br>**United Shockwave Services<br>PO Box 2178<br>Des Plaines, IL  60017-2178** | | W | **2011 Medical bill** | | | | **999.00** |
| ACCOUNT NO. **8763**<br>**US Department Of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346** | | | **2003 - 2009 Delinquent personal income taxes** | | | | **4,051.72** |
| ACCOUNT NO.<br>**Internal Revenue Service<br>Kansas City Service Center<br>Kansas City, MO  64999** | | | **Assignee or other notification for:<br>US Department Of Treasury** | | | | |
| ACCOUNT NO. **074A**<br>**Village Imaging Professionals<br>36944 Treasury Center<br>Chicago, IL  60694** | | W | **Medical Bill** | | | | **45.00** |
| ACCOUNT NO.<br>**KCA Financial Services<br>PO Box 53<br>Geneva, IL  60134** | | | **Assignee or other notification for:<br>Village Imaging Professionals** | | | | |

Sheet no. **26** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,322.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kindelan, Alex & Kindelan-Arias, Carmen                          Case No. _____
_____
             Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8451**<br>**Wellington Radiology Group**<br>**39006 Treasury Center**<br>**Chicago, IL  60694-9000** | | W | **2011 Medical bill** | | | | **25.00** |
| ACCOUNT NO.<br>**OAC**<br>**PO Box 371100**<br>**Milwaukee, WI  53237-2200** | | | **Assignee or other notification for:**<br>**Wellington Radiology Group** | | | | |
| ACCOUNT NO.<br>**Women Workout World**<br>**2540 W Lawrence Ave**<br>**Chicago, IL  60625** | | J | **Delinquent club fees** | | | | **unknown** |
| ACCOUNT NO. **4575**<br>**YMOC**<br>**101 N Wacker Drive**<br>**Chicago, IL  60606** | | H | **2010 Delinquent fees** | | | | **350.00** |
| ACCOUNT NO. **L000**<br>**Young Family Health Associates**<br>**1431 N Western Ave, 101**<br>**Chicago, IL  60622** | | H | **2010 Medical bill** | | | | **348.00** |
| ACCOUNT NO.<br>**Richard J Kaplow**<br>**808 Rockefeller Building**<br>**Cleveland, OH  44113** | | | **Assignee or other notification for:**<br>**Young Family Health Associates** | | | | |
| ACCOUNT NO. **3305**<br>**Zaolnay Gabor M**<br>**Address Unknown** | | H | **Judgment** | | | | **15,060.00** |

Sheet no. __**27**__ of __**28**__ continuation sheets attached to                              Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)  $ **15,783.00**

                                                                                              Total
                                                  (Use only on last page of the completed Schedule F. Report also on
                                                   the Summary of Schedules, and if applicable, on the Statistical
                                                   Summary of Certain Liabilities and Related Data.)  $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen**                                    Case No. _____
              Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A000** <br><br> **Zenaida E Racho MD** <br> **1431 N Western Ave** <br> **Chicago, IL  60622** | | W | 2008 Medical bill | | | | **42.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**28**__ of __**28**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $          **42.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $  **116,393.22**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Kindelan, Alex & Kindelan-Arias, Carmen _____ Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen** _____ Case No. _____
                         Debtor(s)                                                     (If known)

## SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen**                                                    Case No. _____
_____
Debtor(s)                                                                                                          (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Child**<br>**Child**<br>**Child** | | AGE(S):<br>**6**<br>**8**<br>**17** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Laborer** | **Medical Billing** |
| Name of Employer | **Federal Mogul** | **Chicago IVF** |
| How long employed | **21 years** | **1 months** |
| Address of Employer | **26555 Northwestern Highway**<br>**Southfield, MI  48033-0000** | **5225 Old Orchard Road, Ste 24A**<br>**Skokie, IL  60077-0000** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                    DEBTOR          SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 4,096.46 | $ 2,924.00 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 4,096.46 | $ 2,924.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 993.30 | $ 438.50 |
| b. Insurance | $ 386.19 | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 1,379.49 | $ 438.50 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 2,716.97 | $ 2,485.50 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ 424.00 |
| 11. Social Security or other government assistance<br>(Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income<br>(Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ 424.00 |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 2,716.97 | $ 2,909.50 |

| **16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 5,626.47 |
|---|---|

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**See Continuation Sheet**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen**        Case No. _____

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 2

Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**1) Joint Debtor obtained employment on 3/15/13. Therefore wages stated on B22 and I are anticipated wages ($17.00/hour @ 40 hours per week)**

**2) Debtor anticipated a reduction in his pay as overtime has been cut by approximatly 75%.**

**3) Child support paid to Joint-Debtor is sporadic.**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen**                    Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,000.00 |
|    a. Are real estate taxes included?    Yes ____ No ✔ | | |
|    b. Is property insurance included?    Yes ____ No ✔ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 400.00 |
|    b. Water and sewer | $ | |
|    c. Telephone | $ | 260.00 |
|    d. Other  **Cable & Internet** | $ | 150.00 |
|    _____ | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 880.00 |
| 8. Transportation (not including car payments) | $ | 625.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | |
|    b. Life | $ | |
|    c. Health | $ | |
|    d. Auto | $ | 90.00 |
|    e. Other | $ | |
|    _____ | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) **Pay On Delinquent Taxes** | $ | 100.00 |
|    _____ | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | |
|    b. Other | $ | |
|    _____ | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other  **See Schedule Attached** | $ | 1,318.52 |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.       $ ___ 6,323.52

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 5,626.47 |
|    b. Average monthly expenses from Line 18 above | $ | 6,323.52 |
|    c. Monthly net income (a. minus b.) | $ | -697.05 |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen** _____   Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)

| | |
|---|---:|
| **Child Care** | 300.00 |
| **Children's Education, Supplies, Tutoring & Sports** | 380.00 |
| **401k Loan Repayment** | 203.52 |
| **Repair & Maintenance Of Automobile** | 100.00 |
| **Grooming** | 100.00 |
| **Husband Expenses For Employment** | 10.00 |
| **Wife's Expenses For Employment** | 225.00 |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Kindelan, Alex & Kindelan-Arias, Carmen**                                   Case No. _____
_____
                           Debtor(s)                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**46** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 19, 2013**_____       Signature: */s/ Alex  Kindelan*_____
                                                                      **Alex  Kindelan**                                         Debtor

Date: **March 19, 2013**_____       Signature: */s/ Carmen  Kindelan-Arias*_____
                                                                      **Carmen  Kindelan-Arias**                    (Joint Debtor, if any)
                                                                      [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____       _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____       Signature: _____

                                             _____
                                             (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/12)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Kindelan, Alex & Kindelan-Arias, Carmen                          Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
9,737.05    2013 Gross income from employment through February
61,035.00    2012 Gross income from employment
48,860.00    2011 Gross income from employment

---

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
848.00    2013 Gross income from child support through February
2,916.00    2012 Gross income from child support
1,484.00    2011 Gross income from child support

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 1st Financial Credit Union v. Carmen Aria - 06 M1 138713 | Suit on contract | Circuit Court of Cook County, IL | Judment entered |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Santander Consumer USA PO Box 660633 Dallas, TX 75266-0633 | Unknown | 2007 Nissan Pathfinder |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.



| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Offices Of Robert J. Skowronski**<br>**6160 N. Cicero Ave, Ste 232**<br>**Chicago, IL  60646** | | **1,500.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TCF National Bank**<br>**800 Burr Ridge Parkway**<br>**Burr Ridge, IL  60527** | **2 Checking accounts** | **Accounts were in the negative on date bank closed accounts.** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **March 19, 2013**          Signature  */s/ Alex  Kindelan*
                                  of Debtor                                         **Alex  Kindelan**

Date: **March 19, 2013**          Signature  */s/ Carmen  Kindelan-Arias*
                                  of Joint Debtor                                   **Carmen  Kindelan-Arias**
                                  (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                              Case No. _____

**Kindelan, Alex & Kindelan-Arias, Carmen**                        Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*:<br>☐ Surrendered  ☐ Retained<br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is *(check one)*:<br>☐ Claimed as exempt  ☐ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*:<br>☐ Surrendered  ☐ Retained<br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is *(check one)*:<br>☐ Claimed as exempt  ☐ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**March 19, 2013**_____          **/s/ Alex  Kindelan**
                                                  Signature of Debtor

                                                  **/s/ Carmen  Kindelan-Arias**
                                                  Signature of Joint Debtor

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                           Case No. _____

__Kindelan, Alex & Kindelan-Arias, Carmen_____  Chapter **7**_____
<span style="font-size:smaller">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **179**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **March 19, 2013**_____    */s/ Alex  Kindelan*_____
                                             Debtor


                                             */s/ Carmen  Kindelan-Arias*_____
                                             Joint Debtor

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Kindelan, Alex
2540 W Gunnison St, 2nd Fl
Chicago, IL  60625

Allianceone Receivables Management
PO Box 3102
Southeastern, PA  19398-3102

Asset Acceptance LLC
PO Box 1630
Warren, MI  48090-1630

Kindelan-Arias, Carmen
2540 W Gunnison St, 2nd Fl
Chicago, IL  60625

Allied Interstate
3000 Corporate Exchange Dr, 5th Floor
Columbus, OH  43231

ATT
PO Box 8100
Aurora, IL  60507-8100

The Law Offices Of Robert J. Skowronski
6160 N. Cicero Ave, Ste 232
Chicago, IL  60646

American Medical Collection Agency
PO Box 1235
Elmsford, NY  10523-0935

Baker & Miller
29 N Wacker Drive, Ste 500
Chicago, IL  60606-2854

AAM
330 Georgetown Square, Ste 104
Wood Dale, IL  60191

Amsher Collection Services
600 Beacon Pkwy W, Ste 300
Birmingham, AL  35209

Blatt, Hasenmiller, Leibsker & Moore
125 S Wacker Drive, Ste 400
Chicago, IL  60606

Absolute Resolutions Corp
PO Box 880306
San Diego, CA  92168-0306

Anderson Financial
PO Box 3097
Bloomington, IL  61702-3097

Blockbuster
PO Box 9027
Williamsville, NY  14231-9027

Account Receivables Collections
PO Box 42220, Dept B
Cincinnati, OH  45242

Armor Systems Corporation
1700 Kiefer Dr, Ste 1
Zion, IL  60099-5105

Capital Management Services
726 Exchange Street, Ste 700
Buffalo, NY  14210

Advocate Illinois Masonic Medical Center
22393 Network Place
Chicago, IL  60673-1223

Armor Systems Corporation
2322 N Green Bay Road
Waukegan, IL  60087

CBCS
PO Box 163250
Columbus, OH  43216

AFNI
PO Box 3427
Bloomington, IL  61702-3427

Arrow Financial Services
5996 W Touhy Ave
Niles, IL  60714

CBE Group
131 Tower Park Dr, Ste 100
Waterloo, IA  50701

AFNI
PO Box 3517
Bloomington, IL  61702-3517

ArS
PO Box 463023
Escondido, CA  92046-3023

CCB Credit Services
PO Box 272
Springfield, IL  62705-0272

Allan Peterson PSY
Lydia Home Association
4300 W Irving Park Road
Chicago, IL  60641

Asset Acceptance LLC
PO Box 2036
Warren, MI  48090-2036

CDN Surgical Associates
PO Box 597995
Chicago, IL  60659

**Certified Services**
1733 Washington Street, Ste 201
Waukegan, IL  60085

**Childrens Healthcare Ass**
2835 N Sheffield, Ste 501
Chicago, IL  60657

**Contract Callers**
1058 Claussen Road, Ste 110
Augusta, GA  30907-0301

**Certified Services**
PO Box 177
Waukeegan, IL  60079

**Childrens Memorial Hospital**
75 Remittance Drive
Chicago, IL  60675-2611

**Convergent Outsourcing Payment Address**
PO Box 9004
Renton, WA  98057-9004

**Chase Bank**
340 S Cleveland Ave, Bldg 370
Westerville, OH  43081

**Childrens Memorial Hospital**
PO Box 4066
Carol Stream, IL  60197-4066

**Costco Mailing Address**
PO Box 34331
Seattle, WA  98124

**Chase Cardmember Services**
PO Box 15153
Wilmington, DE  19886-5153

**City Of Chicago**
Department Of Finance
PO Box 88292
Chicago, IL  60680-1292

**Credit Managment Control**
PO Box 1408
Racine, WI  53401-1408

**Check N Go**
7101 North Ave
Oak Park, IL  60302

**City Of Evanston**
2100 Ridge Ave
Evanston, IL  60201

**Credit Protection Association**
PO Box 802068
Dallas, TX  75380-2068

**Chest Medicine Consultants**
2800 N Sheridan Road, Ste 301
Chicago, IL  60657

**Com Ed**
Atty Bkcy Group-Claims Dept
3 Lincoln Center
Oakbrook Terrace, IL  60181

**Dependon Collection Service**
PO Box 4833
Oak Brook, IL  60522

**Chicago Anesthesia Associates**
2334 Momentum Place
Chicago, IL  60689

**Comcast**
PO Box 3002
Southeastern, PA  19398-3002

**Diagnostic Radiology Specialist**
Department 4062
Carol Stream, IL  60122-4062

**Chicago Eye Institute**
3982 N Milwaukee Ave
Chicago, IL  60641

**Computer Collection Cor**
5340 N Clark St
Chicago, IL  60640

**Direct TV**
PO Box 3427
Bloomington, IL  61702-3427

**Chicago Imaging Assoc LLC**
36515 Treasury Center
Chicago, IL  60694-6500

**Constart Financial Services**
3561 W Bell Rd
Phoenix, AZ  85053-2965

**Dish Network**
Dept 0063
Palatine, IL  60055-0063

**Chicago Imaging Assoc LLC**
PO Box 371863
Pittsburgh, PA  15250-7863

**Consultant Radiologists Of Evanston**
PO Box 9436, Dept 77-9436
Chicago, IL  60678-9436

**Diversified Emergency Services**
PO Box 5940
Carol Strem, IL  60197

Division Anesthesia Group
520 E 22nd St
Lombard, IL  60148

First Financial Credit Union
5550 W Touhy Ave, Ste 102
Skokie, IL  60077

Glamor Credit & Collection Dept
PO Box 37653
Boone, IA  50037-0653

Doctors For Visual Freedom
5501 W 79th Street, Ste 400
Burbank, IL  60459-2190

First National Bank Omaha
PO Box 2557
Omaha, NE  68103-2557

Grabowski Law Center
1400 E Lake Cook Road, Ste 110
Buffalo Grove, IL  60089-8218

Emil Totonchi MD
PO Box 798
Park Ridge, IL  60068-0798

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD  57107

Grant & Weber
861 Coronado Center Dr, 211
Henderson, NY  89052

Enhanced Recovery Company LLC
8014 Bayberry Road
Jacksonville, FL  32256-7412

FIrst Premier Bank Payment Address
PO Box 5147
Sioux Falls, SD  57117-5147

Harris & Harris
222 Merchandise Mart Plaza, Ste 1900
Chicago, IL  60654

EOS CCA
PO Box 556
Norwell, MA  02061-0556

Firstsource Advantage
PO Box 628
Buffalo, NY  14240-0628

Heller & Frisone Ltd
33 N LaSalle Street, Ste 1200
Chicago, IL  60602

EOS Group
700 Longwater Drive
Norwell, MA  02061

Franklin Collection Service
Po Box 3910
Tupelo, MS  38803-3910

Hispanic Housing Development Corp
1402 N Kedzie
Chicago, IL  60651

ER Associates
PO Box 5988 Dept 5038
Carol Stream, IL  60197-5988

Friedman & Wexler LLC
500 W Madison St, Ste 2910
Chicago, IL  60661

Horizon Financial Management
8585 S Broadway, Ste 880
Merrillville, IN  46410-5661

Federal Loan Servicing
PO Box 69184
Harrisburg, PA  17106

Friedman Lawrence
19 S LaSalle, 10th Fl
Chicago, IL  60603

HSBC Auto Finance
PO Box 17548
Baltimore, MD  21129-7154

FFCC Columbus Inc
PO Box 20790
Columbus, OH  43220

GC Services
PO Box 663
Elgin, IL  60121

IC System
444 Highway 96 East
St. Paul, MN  55127-2557

First Financial Credit Union
2942 W Peterson Ave
Chicago, IL  60659

Genesis Financial Solutions
2540 Gunnison St
Chicago, IL  60625-2814

IC Systems Inc
PO Box 64378
Saint Paul, MN  55164-0378

ICS
PO Box 1010
Tinley Park, IL  60477-9110

Law Offices Of Chicago-Kent
IIT
565 W Adams St, Ste 600
Chicago, IL  60661

Merchants Credit Guide
223 W Jackson Blvd, Ste 410
Chicago, IL  60606

ILL Department Of Employment Security
33 South State Street, 10th Floor
Chicago, IL  60603-0000

Law Offices Of Kathleen Baruauski
155 Revere Drive, S
Northbrook, IL  60062

Merit Sleep Technology
1300 South Main Street
Lombard, IL  60148-4526

Illinois Department Of Revenue
PO Box 64338
Chicago, IL  60664-0338

Law Offices Of Mitchell N Kay
PO Box 2374
Chicago, IL  60690-2374

Midland Credit Management Inc
8875 Aero Dr, Ste 200
San Diego, CA  92123

In Smyle Dental
3514 N Lincoln Ave
Chicago, IL  60657

Leading Edge Recovery
5440 N Cumberland Ave, Ste 300
Chicago, IL  60656-1490

Midland Credit Managment Inc
PO Box 60578
Los Angeles, CA  90060-0578

Internal Revenue Service
Kansas City Service Center
Kansas City, MO  64999

Lucky
PO Box 37648
Boone, IA  50037-0648

Minuteclinic Of Illinois
PO Box 8466
BeLfAst, ME  04915

Invoice Audit Services
PO Box 559
Moon Twp, PA  15108

LVNV Funding
C/O CT Corporate Systems
208 S LaSalle St, Ste 814
Chicago, IL  60604

Monarch Recovery Management
10965 Decatur Road
Philadelphia, PA  19154

Irving Park Dentistry
1933 W Irving Park Rd
Chicago, IL  60613

LVNV Funding LLC
625 Pilot Road, Ste 2
Las Vegas, NV  89119

Monarch Recovery Management
PO Box 21089
Philadelphia, PA  19114-0589

Jay K. Levy & Associates
155 Revere Drive, Ste 2
Northbrook, IL  60062

Medical Business Bureau
PO Box 1219
Park Ridge, IL  60068-7219

MRI Lincoln Imaging Center
PO BOx 2947
Carol Stream, IL  60132

JP Morgan Chase Bank
PO Box 659754
San Antonio, TX  78265-9754

Medical Recovery Specialists
2250 E Devon Ave, Ste 352
Des Plaines, IL  60018-4521

National Action Financial Services
PO Box 9027
Williamsville, NY  14231-9027

KCA Financial Services
PO Box 53
Geneva, IL  60134

Merchants Credit Adjusters Inc
17055 Frances St, Ste 100
Omaha, NE  68130-4655

National Asset Recovery Services
PO Box 701
Chesterfield, MO  63006-0701

National Credit Adjusters
PO Box 3023
Hutchinson, KS  67504-3023

Peoples Energy
130 E Randloph Dr, 17th Floor
Chicago, IL  60601

Professional Account Managment
PO Box 6100
Coeur D' Alene, ID  83816

NCO Financial Systems
507 Prudential Road
Horsham, PA  19044

Peoples Gas
Chicago, IL  60687-0001

Professional Account Managment
PO Box 391
Milwaukee, WI  53201-0391

Northland Group
PO Box 390846
Minneapolis, MN  55439

Peterson Urgent Care Center
4250 N Marine Dr, Ste 236
Chicago, IL  60613-1792

Quest Diagnostics
PO Box 809403
Chicago, IL  60680-9403

Northshore Laboratory Services
9851 Eagle Way
Chicago, IL  60678

PFF Emergency Services
PO Box 428189
Evergreen Park, IL  06805

Quest Diagnostics
PO Box 64804
Baltimore, MD  21264-4804

Northshore University Health System
9532 Eagle Way
Chicago, IL  60678

PFG Of Minnesota
7825 Washington Ave S Ste 310
Minneapolis, MN  55439-2409

Receivable Performance
20816 44th Ave W
Lynnwood, WA  98036

Northside Suburban Pediatrics
4801 W Peterson Ave, 506
Chicago, IL  60646-5795

Phoenix Medical Ass
621 Plainfield Rd, Ste 406
Willowbrook, IL  60527-5391

RES Health Sleep Center Of Evanston
1300 S Main Street
Lombard, IL  60148

Nylon Mag
PO Box 5795
Harlan, IA  51593-1295

Pinnacle Credit Services
7900 Highway 7, Ste 100
Minneapolis, MN  55425

Revenue Production Management
PO Box 830913
Birmingham, AL  35283-0913

OAC
PO Box 371100
Milwaukee, WI  53237-2200

Pinnacle Credit Services
514 Market Loop, Ste 103
West Dundee, IL  60118

Richard J Kaplow
808 Rockefeller Building
Cleveland, OH  44113

Payliance
3 Eastern Oval, Ste 210
Columbus, OH  43219-6011

Pinnacle Credit Services LLC
CO National Registered Agents Inc
200 W Adams Street
Chicago, IL  60606

Rickenbacker Collections
7568 Monterey Street
Gilroy, CA  95020-5826

Pediatric Faculty Foundation
PO Box 2787
Springfield, IL  62708-2787

Prasna S Nair MD
5140 N California Ave, Ste 540
Chicago, IL  60625-3660

RJM Acquisitions LLC
575 Underhill Blvd, Ste 224
Syosset, NY  11791-3416

**Saint Francis Hospital**
PO Box 220283
Chicago, IL 60622-0283

**Stellar Recovery Inc**
4500 Salisbury Road, Ste 105
Jacksonville, FL 32216

**TRS Recovery Services**
PO Box 60022
City Of Industry, CA 91716-0022

**Saint Mary and Elizabeth Medical Center**
1117 Paysphere Circle
Chicago, IL 60674

**Stellar Recovery Inc**
1845 HWY 93 South, Ste 310
Kalispell, MT 59901

**United Shockwave Services**
PO Box 2178
Des Plaines, IL 60017-2178

**Santander Consumer USA**
PO Box 105255
Atlanta, GA 30348-5255

**Stellar Recovery Inc**
1327 HWY 2, W, Ste 100
Kalispell, MT 59901

**US Department Of Treasury**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**Santander Consumer USA**
PO Box 660633
Dallas, TX 75266-0633

**Swedish Covenant Hospital**
3732 Pay Sphere Circle
Chicago, IL 60674-0037

**Van Ru Credit Corporation**
PO Box 1612
Des Plaines, IL 60017

**Satendra K Humad MD**
800 Austin West Tower, 208
Evanston, IL 60625

**Swedish Emergency Assoc PC**
PO Box 5940
Carol Stream, IL 60197-5940

**Van Ru Credit Corporation**
PO Box 1018
Park Ridge, IL 60068-7018

**SC Medical Group**
3649 Paysphere Circle
Chicago, IL 60674

**T-Mobile**
PO Box 742596
Cincinnati, OH 45224

**Van Ru Credit Corporation**
1350 E Toughy Ave, Ste 100e
Des Plaines, IL 60018

**SCH Laboratory Physicians SC**
PO Box 4353
Carol Stream, IL 60122-0001

**TCF National Bank**
800 Burr Ridge Parkway
Burr Ridge, IL 60527

**Village Imaging Professionals**
36944 Treasury Center
Chicago, IL 60694

**Sir Finance Corporation**
6140 Lincoln Ave
Chicago, IL 60659

**Torres Credit Services Inc**
PO Box 189
Carlisle, PA 17015-3121

**Wellington Radiology Group**
39006 Treasury Center
Chicago, IL 60694-9000

**SME Pathologists SC**
PO Box 3133
Indianapolis, IN 46206-3133

**Transworld Systems**
2235 Mercury Way, Ste 275
Santa Rosa, CA 95407

**Women Workout World**
2540 W Lawrence Ave
Chicago, IL 60625

**St Hillary Elementary School**
5614 N Fairfield
Chicago, IL 60659

**Transworld Systems**
507 Prudential Road
Horsham, PA 19044

**YMOC**
101 N Wacker Drive
Chicago, IL 60606

**Young Family Health Associates**
**1431 N Western Ave, 101**
**Chicago, IL  60622**


**Zenaida E Racho MD**
**1431 N Western Ave**
**Chicago, IL  60622**